# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**MANUEL DE JESUS BAILON-VALLES,**

          Petitioner,

v.                             **CASE NO. 15-CR-40056-DDC-1**
                            **CIVIL NO. 18-CV-4100-JAR-JPO**

**UNITED STATES OF AMERICA,**

          Respondent.

( )    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( x)   **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order Dismissing Petitioner Manuel Bailon-Valles' Motion to Vacate filed in 15-40056-DDC-1 (Doc. 60), Petitioner's Motion to Vacate Under 28 U.S.C. § 2255 (Doc. 39) is hereby **dismissed**.

Petitioner is denied a Certificate of Appealability.

   **IT IS SO ORDERED**

   Dated:    March 23, 2021

                                       **TIMOTHY M. O'BRIEN, CLERK**

                                        s/Bonnie Wiest
                                        **Deputy Clerk**